01

02

03

04

05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM MICHAEL MOORE, | ) |
| | )   CASE NO.   C10-0512-RSM |
|      Plaintiff, | ) |
| | ) |
|      v. | )   ORDER GRANTING DEFENDANTS' |
| | )   MOTION FOR SUMMARY |
| SEAN DUMAS, *et al.*, | )   JUDGMENT AND DISMISSING |
| | )   ACTION WITH PREJUDICE |
|      Defendants. | ) |
| _____ | ) |

The Court, having reviewed plaintiff's amended complaint, defendants' motion for summary judgment, the briefing of the parties, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Defendants' motion for summary judgment (Dkt. No. 28) is GRANTED;

(3)     Plaintiff's amended complaint (Dkt. No. 10) and this action are DISMISSED with prejudice; and

//

ORDER GRANTING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND DISMISSING ACTION
WITH PREJUDICE
PAGE -1

01    (4)    The Clerk shall direct copies of this Order to plaintiff, to counsel for defendants,

02          and to the Honorable Mary Alice Theiler.

03

      DATED this 6th day of May 2011.

04

05

06

07                                RICARDO S. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT AND DISMISSING ACTION
WITH PREJUDICE
PAGE -2